# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**EDGAR FARMER,**

    Petitioner,

v.                                              Case No. 3:15cv571-LC/CAS

**JULIE L. JONES, Secretary,
Department of Corrections,**

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the Report and Recommendation of the United States Magistrate Judge (ECF No.15) dated September 19, 2017, recommending that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be denied. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is **ORDERED** as follows:

1. The Report and Recommendation (ECF No. 15) is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus filed by Petitioner Farmer (ECF No. 1) pursuant to 28 U.S.C. § 2254 is **DENIED**. A certificate of appealability and leave to appeal in forma pauperis is also **DENIED**.

4. The Clerk shall enter judgment and close the file.

**DONE AND ORDERED** this 19th day of October, 2017.

                                   s/ *L.A. Collier*
                                   **LACEY A. COLLIER**
                                   **Senior United States District Judge**